len, for appellant. F. A. McCloskey, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

GREGOIRE, Respondent, v. WALKER & WILLIAMS MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Oscar Gregoire, by Joseph Gregoire, his guardian ad litem, against the Walker & Williams Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

GROSS, Respondent, v. AJELLO, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Anna Gross against Michele Ajello. No opinion. Appeal dismissed, without costs. See, also, 116 N. Y. Supp. 380.

GROSS, Respondent, v. KAHN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Aaron Gross against Leopold Kahn and another. I. Gainsburg, for appellants. J. Manheim, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GROSS et al., Respondents, v. LEO, Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Albert B. Gross and others against Michael J. Leo. L. A. Weter, for appellant. H. Meyer, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAINS, Respondent, v. HAINS, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Peter C. Hains, Jr., against Claudia E. Hains. No opinion. Order, in so far as appealed from, affirmed, without costs.

HALEY, Respondent, v. HUDSON RIVER WOOLEN MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Bert Haley against the Hudson River Woolen Mills. No opinion. Judgment and order unanimously affirmed, with costs.

In re HARDENBROOK. (Supreme Court, Appellate Division, First Department. April 16, 1909.) In the matter of Frank M. Hardenbrook. No opinion. Motion denied. Settle order on notice.

HARGRAVE v. NEW YORK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Henry Hargrave against the New York

Contracting Company. No opinion. Motion denied. Order filed.

HARTSHORN v. REILLY et al. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by La Mott Hartshorn against John F. Reilly and others. No opinion. Motion denied, with costs, and stay vacated.

HEAL, Appellant, v. RICHMOND COUNTY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Frederick S. Heal against the Richmond County Savings Bank. No opinion. Motion to amend return granted, without costs. See, also, 127 App. Div. 428, 111 N. Y. Supp. 602.

HECKSHER, Respondent, v. EDENBORN, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by August Hecksher against William Edenborn. No opinion. Motion denied, with $10 costs. See, also, 115 N. Y. Supp. 673.

HECKSHER, Respondent, v. EDENBORN, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by August Hecksher against William Edenborn. No opinion. Motion for resettlement of order denied, without costs. See, also, 115 N. Y. Supp. 673.

HEDDEN CONST. CO., Respondent, v. PROCTER & GAMBLE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Hedden Construction Company against the Procter & Gamble Company.

PER CURIAM. Motion granted, on condition that the appellant perfect the appeal forthwith, place the cause at the foot of the present calendar, be ready for argument when reached, and pay the respondent $10 costs and the expense of advertising; otherwise, denied, without costs. See, also, 62 Misc. Rep. 129, 114 N. Y. Supp. 1103.

HELFSTEIN et al., Appellants, v. MEROVITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Max Helfstein and another against Harry P. Merovitz and another. No opinion. Order affirmed by default, with $10 costs and disbursements.

HENRY MILES & SONS, Appellant, v. HOLLISTER, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Henry Miles & Sons against Sebastian Hollister. No opinion. Judgment of the Municipal Court affirmed, with costs.

HILDRETH, Respondent, v. DERRENBACHER, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.)